UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    John A D'Andrea, Jr<br>                  Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust<br>Movant<br>v.<br><br>John A D'Andrea, Jr<br>Christine M. D'Andrea- Co-Debtor<br>William C. Miller - Trustee<br>            Respondents | CASE NO.: 19-10865-elf<br><br>CHAPTER 13<br><br>JUDGE: Eric L. Frank |

## CERTIFICATION OF DEFAULT

FRIEDMAN VARTOLO, LLP, attorneys for Movant, hereby certifies that the above-captioned Debtor has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge Eric L. Frank on December 15, 2020. A copy of the Stipulation is attached hereto as **Exhibit "A"**.  Debtor is currently due for the August 1, 2021 payment at $1,332.61, plus accrued late charges in the amount of $80.68.  The total post-petition arrears due is $2,745.90, which includes the currently due September 1, 2021 payment of $1,332.61.  In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's property.

Dated: September 23, 2021

By:  /s/ *Lorraine Gazzara Doyle*
         Lorraine Gazzara Doyle, Esq.
         FRIEDMAN VARTOLO LLP
         Attorneys for Movant
         1325 Franklin Avenue, Suite 230
         Garden City, New York 11530
         T: (212) 471-5100
         F: (212) 471-5150
         Bankruptcy@FriedmanVartolo.com