UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John A D'Andrea, Jr<br>Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust<br>Movant<br>v.<br><br>John A D'Andrea, Jr<br>Christine M. D'Andrea- Co-Debtor<br>Kenneth E. West - Trustee<br>Respondents | CASE NO.: 19-10865-elf<br><br>CHAPTER 13<br><br>JUDGE: Eric L. Frank |

## CONSENT ORDER REINSTATING AUTOMATIC STAY AND CO-DEBTOR STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **APPROVED**.

_____
**U.S.B.J.**

Applicant: SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust
Applicant's Counsel: Friedman Vartolo LLP
Debtor's Counsel: Brad J. Sadek, Esq.
Property (Collateral): 26 Cliff Road, Levittown, PA 19057
BK Case: 19-10865-elf

SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust and Debtor, John A D'Andrea, Jr agree to reinstate the Automatic Stay and Co-Debtor Stay as to the property located at 26 Cliff Road, Levittown, PA 19057 effective upon entry of this Order.

1. Beginning on **October 1, 2021**, regular monthly payments shall resume in the amount of **$1,332.61**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

2. Payments to the Secured Creditor shall be made to the following address:

   Payments:   SN Servicing Corporation
               P.O. Box 660820
               Dallas, TX 75266

In the event of default:

If the Debtor fails to make regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
*Brad J. Sadek, Esq.
*Attorney for Debtor*

/s/ Lorraine Gazzara Doyle, Esq.
Lorraine Gazzara Doyle, Esq.
*Attorney for Secured Creditor*

/s/ LeRoy W. Etheridge for
_____
Kenneth E. West
*Trustee*

* No objection to terms without prejudice to any of our rights and remedies.